# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Theodore E. Loria**
    Plaintiff
  vs.                      CASE NUMBER: 5:09-CV-531 (FJS/ATB)

**Robert Butera and Kevin Daly**
    Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant Daly's motion for summary judgment is GRANTED. Judgment is entered in Defendants' favor and the Clerk shall close this case.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 4th day of June, 2013.

DATED: June 4, 2013

Clerk of Court

s/

Nicole Killius
Deputy Clerk